NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 08a0373n.06
Filed: June 25, 2008

No. 07-3430

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| KOMLA EDAH, | |
| **Plaintiff-Appellant,** | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO |
| v. | |
| TRIDENT SEAFOODS CORP., | |
| **Defendant-Appellee.** | |

**BEFORE: MARTIN and BATCHELDER, Circuit Judges; JORDAN, District Judge.**[*]

PER CURIAM. Komla Edah appeals the district court's grant of Trident Seafoods Corp.'s motion to dismiss. Because Edah retains the right to refile his complaint where permitted by the current incarnation of 46 U.S.C. § 30104, see National Defense Authorization Act for Fiscal Year 2008, Pub. L. No. 110-181, § 3521, 122 Stat. 596 (2008), the judgment of the district court is AFFIRMED.

---

[*] The Honorable R. Leon Jordan, United States District Judge for the Eastern District of Tennessee, sitting by designation.